2015CV00380

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 10/5/2017 8:13 AM
Accepted By: Diamond Vargas
/s/ Diamond Vargas
Deputy Clerk

CAUSE NO. 2015cv00380

| | | |
|---|---|---|
| EDWARD R. MEZA, JR. AND SYLVIA MEZA, INDIVIDUALLY & NEW BRAUNFELS HOME HEALTH, INC. D/B/A N.B. HOME HEALTH | § § § § | IN THE COUNTY COURT AT LAW |
| Plaintiffs | § § | |
| v. | § § | NO. 3 |
| GLORIA BURNS | § § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

1. Plaintiffs Edward R. Meza, Jr., Sylvia Meza, and New Braunfels Home Health, Inc. desire to appeal the court's order and file this Notice of Appeal seeking to alter the trial court's final judgment.

2. The trial court, trial court case number and style of this matter are shown in the above caption.

3. The judgment appealed from was signed on July 6, 2017. A motion for new trial was filed on August 3, 2017.

4. This appeal is taken to the Fourth Court of Appeals at San Antonio, Texas.

100

Respectfully submitted,

**LAW OFFICE OF JERRY RIOS**
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 501-6270
Fax: (512) 501-6292
E-Mail: jrios@therioslawfirm.com

By: _____
Jerry Rios
Texas Bar No. 24062966

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on October 4, 2017, a true and correct copy of Plaintiffs' Notice of Appeal was served by electronic mail on the attorney record below.

_____
Jerry Rios

**Via Electronic Mail: *gjdeadman@aol.com***
Glenn J. Deadman
LAW OFFICES OF GLENN J. DEADMAN, P.C.
1515 N. St. Mary's Street
San Antonio, Texas 78215
Phone: (210) 472-3900
Fax: (210) 472-3901
E-Mail: gjdeadman@aol.com